**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Manuel LOPEZ–PEREZ,**
**a.k.a. Meleton Contreras,**
**Defendant—Appellant.**

**No. 06–10647.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 26, 2007.

Liz Barrick, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

David S. Eisenberg, Phoenix, AZ, for Defendant–Appellant.

Before: TROTT, W. FLETCHER and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jose Manuel Lopez–Perez appeals from his guilty-plea conviction and 84–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Perez's counsel has filed a brief stating

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.